UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

NATIONAL ALLIANCE FOR ACCESSIBILITY,
INC., a Florida Non Profit Corporation, and DENISE
PAYNE, Individually,

       Plaintiffs,                                        Case No.:9:11-cv-81048-DTKH

v.

FELCOR LODGING LIMITED PARTNERSHIP, a
Delaware Limited Partnership,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, National Alliance for Accessibility, Inc. and Denise Payne, by and through their undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

       1.       The Plaintiffs request that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of Final Order or Judgment, or, on good cause shown, to re-open the case for further proceedings.

> National Alliance for Accessibility, Inc., et al.
> v. Felcor Lodging Limited Partnership
> Case No. 9:11-cv-81048-DTKH

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **February 23, 2012**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. I further certify that a true and correct copy of the foregoing was sent via the Court's CM/ECF System, to counsel for the Defendant: Ramon E. Javier, Esq., Rjavier@defensecounsel.com, Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, 1000 N.W. 57th Court, Suite 300, Miami, FL 33126.

> Respectfully submitted,
>
> **/s/Lawrence A. Fuller**
> Lawrence A. Fuller, Esq.
> Florida Bar No: 180470
> Fuller, Fuller & Associates, P.A.
> 12000 Biscayne Blvd., Suite 609
> North Miami, FL 33181
> Telephone: (305) 891-5199
> Facsimile: (305) 893-9505
> lfuller@fullerfuller.com