UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81048-CIV-HURLEY

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., and DENISE PAYNE,
    plaintiffs,
vs.
FELCOR LODGING LIMITED PARTNERSHIP,
    defendants.
_____/

### ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE & CLOSE-OUT

This ADA action is before the court upon the parties' joint stipulation for dismissal with prejudice based on settlement. [DE# 14]. As it appears the parties have opted to resolve this ADA suit with a private agreement in lieu of a legally enforceable consent decree or some other form of judicially sanctioned relief, it is **ORDERED AND ADJUDGED**:

1. Pursuant to the parties' stipulation for dismissal based on settlement, this ADA case is **DISMISSED WITHOUT PREJUDICE,** and without retention of jurisdiction to enforce the parties' settlement agreement.

2. There being nothing further for the court to resolve, it is further ordered that the Clerk of the Court shall enter the case as **CLOSED** and terminate all pending motions as **MOOT.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 22nd day of March, 2012.

                                                Daniel T. K. Hurley
                                               United States District Judge

Copies furnished: all counsel